IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 13-10176-01-EFM |
| WALTER ACKERMAN, ) | |
| Defendant. ) | |

## REINSTATEMENT OF JUDGMENT

On October 31, 2018, the Tenth Circuit remanded this matter to the U.S. District Court for the District of Kansas for the limited purpose of issuing a new judgment or reinstating the judgment that was reversed in Mr. Ackerman's first appeal.

It is therefore ordered that the Judgment in a Criminal Case issued by this court on November 26, 2014, (doc. 52) is hereby reinstated.

Dated this 2nd day of November, 2018.

s/Eric F. Melgren
_____
Honorable Eric F. Melgren