# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

August 21, 2020

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

      Re:  Walter Ackerman
            v. United States
           No. 20-5431
           (Your No. 17-3238)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on August 18, 2020 and placed on the docket August 21, 2020 as No. 20-5431.

Sincerely,

**Scott S. Harris**, Clerk

by

Michael Duggan
Case Analyst